UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JAMES R. MAZURKIEWICZ,

Plaintiff(s),

v.

COUNTY OF ERIE, et al.,

Defendant(s).

_____

***MEDIATION CERTIFICATION***

__19__ - cv - __1584__

I hereby certify that:

☐ The mediation session scheduled for_____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

✔ Mediation session was held on ____5/8/20____.

   ✔ *Case has settled.* (Comment if necessary).

   ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

   ☐ *Case has settled in part.* (Comment below). Mediation is complete.

   ☐ *Case has not settled.* Mediation will continue on _____.

   ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 06/08/2021                *Mediator:* /S/  Michael Menard

**Additional Comments:**
Numerous teleconferences subsequent to initial mediation sesson