UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JAMES R. MAZURKIEWICZ,

        *Plaintiff,*

v.

TIMOTHY B. HOWARD,
THOMAS DIINA,
DEPARTMENT OF SHERIFF OF ERIE COUNTY,
COUNTY OF ERIE,
ERIE COUNTY HOLDING CENTER,
LT. BRYMAN, SERGEANT SCANIO,
DEPUTY MERCADO, LT. FRANCKOWIAK,
SERGEANT WEBSTER, DEPUTY WILSON,
SGT. WEYAND-GARRETT, DEPUTY CASTOIRE,
LT. BALYS, SGT. SCANLON, DEPUTY PEPLOWSKI,
SGT. GLEASON, DEPUTY GOEDTL, and
RN CAITLIN SICKAU,

        *Defendants.*

**STIPULATION OF DISMISSAL**

Case No. 1:19-cv-1584

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is stipulated by all parties who have appeared in this matter that the foregoing action is hereby dismissed with prejudice. Each party shall pay their own costs.

Dated: Buffalo, New York
       August 6, 2021

**MICHAEL A. SIRAGUSA, ESQ.**
*Erie County Attorney*

Erin E. Molisani
Assistant County Attorney
95 Franklin Street, Room 1634
Buffalo, New York 14202
Telephone: (716) 858-2216
Email: erin.molisani@erie.gov

**SHAW & SHAW, PC**
*Counsel for plaintiff*

Blake Zaccagnino, Esq.
4819 South Park Avenue
Hamburg, New York 14075
Telephone: (716) 648-3020
Email: bzaccagnino@shawlawpc.com